UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:25-cr-00078-cr |
| ) | |
| ALEJANDRO MONFIL CARBALLO, ) | |
| Defendant. ) | |

## MOTIONS TO WITHDRAW AND APPOINT NEW COUNSEL

NOW COMES the Office of the Federal Public Defender, counsel for defendant Alejandro Monfil Carballo, and respectfully requests an order allowing the Office of the Federal Public Defender ("Office") to withdraw as counsel for Mr. Monfil Carballo. Mr. Monfil Carballo also requests that the Court appoint replacement counsel.

The Office was appointed to represent Mr. Monfil Carballo case on August 4, 2025. The Office followed its procedures for avoiding the acceptance of cases in which a conflict may exist. Based on the information available to it at the time, the Office determined that no conflict existed. Recently, information was obtained by this Office that now makes it clear that continued representation of Mr. Monfil Carballo would present a conflict of interest and would violate the Vermont Rules of Professional Conduct, particularly Rule 1.7 with regard to conflict of interest.

WHEREFORE, the Office respectfully requests that the Court grant this motion to withdraw as counsel for Mr. Monfil Carballo. Mr. Monfil Carballo further requests that the Court appoint replacement counsel.

Dated: August 18, 2025

By: /s/ Barclay T. Johnson
Barclay T. Johnson
Assistant Federal Public Defender

Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
(802) 862-6990